IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| BELINDA CHAPMAN | § § § | |
| Plaintiff, | § § | |
| VS. | § § | Case No. 3:20-cv-1975 |
| IOVATE HEALTH SCIENCES USA, INC., IOVATE HEALTH SCIENCES, INC., and MUSCLE TECH RESEARCH AND DEVELOPMENT, INC. | § § § § § | |
| Defendants. | § § | |

## JOINT MOTION FOR DIMISSAL

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiff BELINDA CHAPMAN ("Plaintiff") reports she no longer desires to prosecute her claims against Defendants IOVATE HEALTH SCIENCES USA, INC., IOVATE HEALTH SCIENCES, INC., and MUSCLE TECH RESEARCH AND DEVELOPMENT, INC. In accordance with Fed. R. Civ. P. 41, the parties file this Joint Motion to Dismiss IOVATE HEALTH SCIENCES USA, INC., IOVATE HEALTH SCIENCES, INC., and MUSCLE TECH RESEARCH AND DEVELOPMENT, INC. with Prejudice.

                    Respectfully submitted,

                    */s/ Stewart D. Matthews*
                    Stewart D. Matthews
                    State Bar No. 24039042
                    Attorney@accidentlawyer.legal
                    2106 W. Ennis Avenue
                    Suite B
                    Ennis, Texas  75119
                    (972) 398-6666 – Phone
                    (214) 206-9991 – Fax

                    **Attorney for Plaintiff**

## CERTIFICATE OF SERVICE

This is to certify that on the 27TH day of OCTOBER 2021, a true and correct copy of the above and foregoing document has been forwarded to all known counsel of record.

                    /s/ Stewart D. Matthews
                    **Stewart D. Matthews**

## CERTIFICATE OF CONFERENCE

This is to certify that all parties have discussed and are in agreement with this motion.

                    /s/ Stewart D. Matthews
                    **Stewart D. Matthews**